# Court of Appeals, State of Michigan

## ORDER

Raymond J. Carey v Foley & Lardner LLP

Docket No.    321207

LC No.    13-013005-CK

Amy Ronayne Krause
Presiding Judge

Elizabeth L. Gleicher

Cynthia Diane Stephens
Judges

The Court orders that the Plaintiff-Appellee's motion for reconsideration is DENIED.

The Court orders that the Defendant-Appellant's motion for reconsideration is GRANTED, and this Court's opinion issued March 15, 2016, is hereby VACATED. A new opinion is attached to this order.

Gleicher J. concurs with denial of plaintiff's motion for reconsideration. Plaintiff's request for reconsideration centers on the contention that Wisconsin law, rather than Michigan law, governs his contract. This choice of law question was not raised on appeal and in my view plaintiff has waived this issue.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 09 2016

Date

Chief Clerk